No. 64177.—M. Pressner & Co. *v.* United States, protests 59/2410 and 59/2412 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 64178.—Teigh, Inc. *v.* United States, protests 59/2507 and 58/18997 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

No. 64179.—Germania Company et al. *v.* United States, protests 59/8597, etc. (New York).

Opinion by OLIVER, C. J.   The protests were dismissed.

No. 64180.—N. E. Vacakis Company and Criterion Bead & Novelty Corp. *v.* United States, protests 59/13242 and 59/21863 (San Francisco).

Opinion by OLIVER, C. J.   The protests were dismissed.

No. 64181.—Leslie B. Canion et al. *v.* United States, protests 320953–K, etc. (Galveston).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lighter fluid the same in all material respects as that the subject of *A. M. Ross-Smith* v. *United States* (40 Cust. Ct. 354, C.D. 2005), the claim of the plaintiffs was sustained.